# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1908
LT Case No. 2017-CF-002709-A

_____

EMERY D. HANDY, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Emery D. Handy, Jr, Wewahitchka, pro se.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

October 17, 2023


PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., MAKAR, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____